Nate L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joseph K. Liu
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff Network Signatures, Inc.

MICHAEL D. BEDNAREK *pro hac vice*
michael.bednarek@shearman.com
SHEARMAN & STERLING LLP
800 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
Telephone: (202)508-8000
Facsimile: (202)508-8100

Attorneys for Defendant JetBlue Airways Corporation

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No.  SACV 10-1210 JVS (RNBx)<br><br>**ORDER RE: DISMISSAL** |

16603.1

1

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulated Motion for Dismissal, and good cause appearing,

IT IS ORDERED:

All claims or causes of action asserted in this suit by and between Plaintiff, Network Signatures, Inc. and Defendant, JetBlue Airways Corporation, are hereby dismissed in their entirety with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: January 10, 2011

_____
Hon. James V. Selna
United States District Judge